UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERRELL HASLEY, JR., <br><br> Petitioner, <br><br> v. <br><br> CHRISTIAN PFEIFFER, <br><br> Respondent. | Case No.: 1:25-cv-00717-KES-CDB (HC) <br><br> ORDER DISCHARGING NOVEMBER 12, 2025, SHOW CAUSE ORDER <br><br> (Doc. 11) <br><br> ORDER DIRECTING RESPONDENT TO RESPOND TO AMENDED PETITION <br><br> ORDER DIRECTING CLERK OF COURT TO TERMINATE PENDING MOTION TO DISMISS AS MOOT <br><br> (Doc. 10) <br><br> <u>21-Day Deadline</u> |

Petitioner Gerrell Hasley, Jr. ("Petitioner"), is a state prisoner proceeding pro se and *in forma pauperis* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. (Doc. 1).

On August 11, 2025, because the Court found Petitioner's petition properly cognizable under § 2254, and the Court has jurisdiction to proceed to the merits of the petition, the Court directed Respondent Christian Pfeiffer to file a response addressing the merits or seeking dismissal of the petition within 60 days of the date of service of the order. (Doc. 5 at 1-2). Petitioner was ordered therein to file a traverse or opposition on or before 30 days from the date Respondent's response was filed. *Id.* at 2. The parties were advised that all provisions of Local Rule 110 are

1  applicable to the order. *Id.*; *see* E.D. Cal. Local Rule 110.

2  Respondent timely filed a motion to dismiss the petition on October 9, 2025. (Doc. 10). Thus, Petitioner's opposition or statement of non-opposition was due November 10, 2025. After Petitioner failed to file either an opposition or statement of non-opposition to the pending motion, on November 12, 2025, the Court ordered Petitioner to show cause in writing within 14 days of the date of service of the order why this action should not be dismissed for Petitioner's failure to comply with the Local Rules and obey a Court order. (Doc. 11). Petitioner was provided the opportunity to comply with the order in the alternative by filing by that same deadline either an opposition or a statement of non-opposition to the pending motion. *Id.* at 2.

10  On November 18, 2025, in a filing dated November 5, 2025, the Clerk of the Court docketed Petitioner's amended petition (Doc. 12), removing from the petition the claims that Respondent asserts were unexhausted in the motion to dismiss. *See* (Doc. 10). As Petitioner's filing is dated less than 30 days after Respondent's filing of the motion to dismiss, the Court finds Petitioner's filing to be timely (*see* Doc. 4 at 2).

15  In light of Petitioner's filing of an amended petition in response to the show cause order, the Court finds good cause to discharge its order to show cause without imposition of sanctions.

17  Further, because the amended petition is deemed timely filed and the Court otherwise grants leave to Petitioner to file the amended petition (*see* Fed. R. Civ. P. 15(a)(1) & (2); Doc. 4 at 2), it is the operative petition with the original being treated as non-existent. *Ramirez v. Cnty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015). Accordingly, the amended petition supersedes the original petition and renders Respondent's motion to dismiss (Doc. 10) moot. *Id.* As such, the Clerk of the Court will be directed to terminate Respondent's motion as moot and Respondent's deadline to respond to the amended complaint will be reset.

24  **Conclusion and Order**

25  Accordingly, it is HEREBY ORDERED that the November 12, 2025, show cause order (Doc. 11) is DISCHARGED.

27  ///

28  ///

2

It is FURTHER ORDERED that the lodged amended petition (Doc. 12) is the operative petition.

It is FURTHER ORDERED that Respondent SHALL FILE a response addressing the merits or seeking dismissal of the amended petition within **21 days** of the date of service of this order.

It is FURTHER ORDERED that Petitioner's TRAVERSE to any Answer or OPPOSTION to any motion to dismiss filed by Respondent is due on or before 30 days from the date of Respondent's filing.

The Clerk of the Court is DIRECTED to terminate Respondent's pending motion to dismiss (Doc. 10) as moot.

IT IS SO ORDERED.

Dated:   **December 2, 2025**

UNITED STATES MAGISTRATE JUDGE

3